No. 719. VAN HORNE *v.* HINES, ADMINISTRATOR OF VETERANS AFFAIRS. December 8, 1941. Petition for

writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. C. L. Dawson* and *Warren E. Miller* for petitioner. *Solicitor General Fahy* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Fendall Marbury,* and *W. Marvin Smith* for respondent.